IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEORGE COOPER, #08735035 | § | |
| VS. | § | CIVIL ACTION NO. 2:06cv226 |
| F.C.I. TEXARKANA, WARDEN | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner George Cooper, a prisoner confined at F.C.I. Texarkana, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The motion was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  The Report recommended dismissing it without prejudice.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 22nd day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE